In the Matter of the Will of FRANCES P. PRICE, Deceased.

ELMIRA COLLEGE, Appellant; WALLACE R. FOSTER, as Executor of FRANCES P. PRICE, Deceased, Respondent.

Argued October 14, 1942; decided December 10, 1942.

*Clayton R. Lusk* and *Nathan Turk* for appellant.

*James S. Truman* for respondent.

Order affirmed, with costs, on the ground that the weight of evidence sustains the findings. We pass on no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.